STATE OF CONNECTICUT *v.* CHRISTOPHER DUMAS

The defendant's petition for certification for appeal from the Appellate Court, 54 Conn. App. 780 (AC 17703), is denied.

BERDON, J., dissenting. I would grant the defendant's petition for certification to appeal.

*Francis T. Mandanici*, assistant public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.

Decided December 7, 1999

The defendant's petition for certification for appeal from the Appellate Court, 55 Conn. App. 217 (AC 17757), is granted, limited to the following issue: